**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF NEW JERSEY

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Colinear Machine & Design Holdings LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
87-3923093

**4. Debtor's address**

Principal place of business  

7 Wilson Drive  
Sparta, NJ 07871  
Number, Street, City, State & ZIP Code

Sussex  
County

Mailing address, if different from principal place of business  

_____  
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business  

_____  
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Colinear Machine & Design Holdings LLC** _____ Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor **Colinear Machine & Design Holdings LLC** _____ Case number (*if known*) _____
Name

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Colinear Machine & Design Holdings LLC**     Case number (*if known*)
    Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 27, 2025**
MM / DD / YYYY

**X** **/s/ Mark Heston**            **Mark Heston**
Signature of authorized representative of debtor       Printed name

Title **President**

**18. Signature of attorney**

**X** **/s/ Anthony Sodono, III**       Date **January 27, 2025**
Signature of attorney for debtor       MM / DD / YYYY

**Anthony Sodono, III**
Printed name

**McManimon, Scotland & Baumann, LLC**
Firm name

**75 Livingston Avenue**
**Suite 201**
**Roseland, NJ 07068**
Number, Street, City, State & ZIP Code

Contact phone **973-622-1800**     Email address **asodono@msbnj.com**

**NJ**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Colinear Machine & Design Holdings LLC**
United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                              12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **J&M Machining Inc.** 75 Belcher Road Blairstown, NJ 07825 | | | | $1,514,923.16 | $0.00 | $1,514,923.16 |
| **LSQ Funding Group LC** 315 E. Robinson St., Ste. 200 Orlando, FL 32801 | | | | $765,540.24 | $0.00 | $765,540.24 |
| **Sumitomo Mitsui Finance and Leasing Co.** 666 Third Ave., 8th Fl. New York, NY 10017 | | | | $597,800.84 | $0.00 | $597,800.84 |
| **US Bank Equipment Finance** US Bank National Association 13010 SW 68th Parkway, Ste. 100 Portland, OR 97223 | | | | $499,417.54 | $0.00 | $499,417.54 |
| **Embee Processing LLC** 2158 South Hathaway Street Santa Ana, CA 92705 | | | | | | $149,027.53 |
| **Taft Stettinius & Hollister LLP** 425 Walnut Street, Ste. 1800 Cincinnati, OH 45202 | | | | | | $112,285.46 |
| **Saad, Ramy** 2 Old Farm Lane Old Greenwich, CT 06870 | | | | | | $103,000.00 |

Debtor **Colinear Machine & Design Holdings LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **IPFS Corporation** 400 Northridge Road, Ste. 450 Atlanta, GA 30350 | | | | $93,131.70 | $0.00 | $93,131.70 |
| **A&M Industrial Inc.** 37 West Cherry Street PO Box 1044 Rahway, NJ 07065 | | | | | | $82,755.62 |
| **Wencor LLC** 3577 S. Mountain Vista Parkway Provo, UT 84606 | | | | | | $75,620.00 |
| **Hadco Metal Trading Co. LLC** 120 Spagnoli Road, Ste. 1 Melville, NY 11747 | | | | | | $72,136.77 |
| **Yarde Metals Inc.** 45 Newell Street Southington, CT 06489 | | | | | | $63,113.03 |
| **Globe Grinding Corp.** 1365 Akron Street Copiague, NY 11726 | | | | | | $59,384.00 |
| **Walsh Pizzi O'Reilly Falanga LLP** Attn: Stephen V. Falanga, Esq. Three Gateway Center 100 Mulberry Street, 15th Fl. Newark, NJ 07102 | | Services | | | | $56,887.36 |
| **Aluminum Precision Products Inc.** 3333 W. Warner Avenue Santa Ana, CA 92704 | | | | | | $51,637.87 |
| **Beck, David** 2 Emery Avenue Randolph, NJ 07869 | | | | | | $51,500.00 |
| **KBDickson LLC** 9365 SW Buckskin Terrace Beaverton, OR 97008 | | | | | | $47,216.69 |
| **American Express** PO Box 981535 El Paso, TX 79998 | | | | | | $46,236.54 |

Official form 204 　　　　　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims 　　　　　　　page 2

Debtor **Colinear Machine & Design Holdings LLC**    Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wayne Tool & Supply Co., Inc.**  **279-283 Laurel Avenue**  **PO Box 498**  **Kearny, NJ 07032** | | | | | | **$45,357.47** |
| **Burton Industries Inc.**  **243 Wyandanch Avenue**  **West Babylon, NY 11704** | | | | | | **$38,399.77** |

A&M Industrial Inc.
37 West Cherry Street
PO Box 1044
Rahway, NJ 07065


Aluminum Precision Products Inc.
3333 W. Warner Avenue
Santa Ana, CA 92704


American Express
PO Box 981535
El Paso, TX 79998


American Express
World Financial Center
200 Vesey Street
New York, NY 10285


Beck, David
2 Emery Avenue
Randolph, NJ 07869


Burton Industries Inc.
243 Wyandanch Avenue
West Babylon, NY 11704


Cool Tower LLC
253 Oak Ridge Road
Oak Ridge, NJ 07438


Embee Processing LLC
2158 South Hathaway Street
Santa Ana, CA 92705


Frederick Fox LLC
2405 Quantum Blvd.
Boynton Beach, FL 33426


Globe Grinding Corp.
1365 Akron Street
Copiague, NY 11726


Hadco Metal Trading Co. LLC
120 Spagnoli Road, Ste. 1
Melville, NY 11747

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


IPFS Corporation
400 Northridge Road, Ste. 450
Atlanta, GA 30350


J&M Machining Inc.
75 Belcher Road
Blairstown, NJ 07825


KBDickson LLC
9365 SW Buckskin Terrace
Beaverton, OR 97008


LEAF Capital Funding LLC
2005 Market Street, 14th Fl.
Philadelphia, PA 19103


LSQ Funding Group LC
315 E. Robinson St., Ste. 200
Orlando, FL 32801


McElhone, Patrick
100 W. Houston Street, #6
New York, NY 10012


MSC Industrial Supply Co.
515 Broadhollow Road, Ste. 1000
Melville, NY 11747


New Jersey Attorney General's Office
Div. of Law; RJ Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112


New Jersey Dept. of Labor Workforce Dev.
Div. of Unemployment & Disability Ins.
Bankruptcy Unit
PO Box 951
Trenton, NJ 08611-0951

New Jersey Division of Taxation
Compliance/Enforcement - Bankruptcy Unit
3 John Fitch Way, 5th Fl.
Trenton, NJ 08695-0245


NJ Dept. of Labor - Div. Employer Accts.
1 John Fitch Plaza
PO Box 379
Trenton, NJ 08611-0379


Pennsylvania Steel Company Inc.
1717 Woodhaven Drive
PO Box 40
Bensalem, PA 19020


Regions Bank d/b/a Ascentium Capital
23970 Hwy. 59, N
Kingwood, TX 77339


Saad, Ramy
2 Old Farm Lane
Old Greenwich, CT 06870


Service Steel Aerospace Corp.
827 Marshall Phelps Road
Windsor, CT 06095


Sumitomo Mitsui Finance and Leasing Co.
666 Third Ave., 8th Fl.
New York, NY 10017


Sunbelt Design Holdings LLC
730 Perez Street
San Antonio, TX 78207


Swiatkiewicz, Stephen
39 Fifth Avenue, 10AB
New York, NY 10003


Taft Stettinius & Hollister LLP
425 Walnut Street, Ste. 1800
Cincinnati, OH 45202

United States Attorney
Peter Rodino Federal Building
970 Broad Street, Ste. 700
Newark, NJ 07102


United States Attorney General
United States Department of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044


US Bank Equipment Finance
US Bank National Association
13010 SW 68th Parkway, Ste. 100
Portland, OR 97223


Victoria Aerospace Holdings LLC
7 Wilson Drive
Springfield, NJ 07081


Walsh Pizzi O'Reilly Falanga LLP
Attn: Stephen V. Falanga, Esq.
Three Gateway Center
100 Mulberry Street, 15th Fl.
Newark, NJ 07102


Wayne Tool & Supply Co., Inc.
279-283 Laurel Avenue
PO Box 498
Kearny, NJ 07032


Wencor LLC
3577 S. Mountain Vista Parkway
Provo, UT 84606


Yarde Metals Inc.
45 Newell Street
Southington, CT 06489