| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Second Floor<br>Roseland, NJ 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Proposed Counsel for Colinear Machine & Design Holdings LLC, the Chapter 11 Debtor and Debtor-in-Possession* | Order Filed on February 5, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>COLINEAR MACHINE & DESIGN HOLDINGS LLC,<br><br>                        Debtor. | Chapter 11<br><br>Case No. 25-10813 (VFP) |

**ORDER: (I) AUTHORIZING THE DESIGNAION OF CERTAIN VENDORS OF COLINEAR MACHINE & DESIGN HOLDINGS LLC, CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION, AS CRITICAL VENDORS PURSUANT TO 11 U.S.C. § 105(a); AND (II) AUTHORIZING, BUT NOT DIRECTING, PAYMENT TO CRITICAL VENDORS**

The relief set forth on the following pages, numbered two (2) through five (5), is hereby **ORDERED**.

**DATED: February 5, 2025**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)

| | |
|---|---|
| Debtor: | Colinear Machine & Design Holdings LLC |
| Case Numbers: | 25-10813 (VFP) |
| Caption of Order: | Order (I) Authorizing Certain Vendors of Colinear Machine & Design Holdings LLC, Chapter 11 Debtor and Debtor-in-Possession as Critical Vendors Pursuant to 11 U.S.C. § 105(a); and (II) Authorizing, But Not Directing, Payment to Critical Vendors |

**THIS MATTER** having been presented to the Court by Colinear Machine & Design Holdings LLC("Debtor"), the Chapter 11 Debtor and Debtor-in-Possession by and through its proposed counsel, McManimon, Scotland & Baumann, LLC, upon its motion for an Order authorizing that certain pre-petition vendors of the Debtor be designated as critical vendors, and granting such other and further relief as the Court deems just and equitable; and the Court having considered the Motion and any opposition thereto; and the Court having heard oral argument, if any; and notice having been proper under the Federal Bankruptcy Rules; and after due deliberation and good and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED that:**

1. The Motion is **GRANTED** as set forth herein.

2. The following vendors of the Debtor are designated as critical vendors:

    - Embee Processing LLC;
    - A&M Industrial Inc.;
    - Globe Grinding Corp.;
    - Burton Industries Inc.;
    - Planet Networks;
    - Mercury Broach Co;
    - United Parcel Service;
    - Concise Manufacturing Inc.; and

(Page 3)

| | |
|---|---|
| Debtor: | Colinear Machine & Design Holdings LLC |
| Case Numbers: | 25-10813 (VFP) |
| Caption of Order: | Order (I) Authorizing Certain Vendors of Colinear Machine & Design Holdings LLC, Chapter 11 Debtor and Debtor-in-Possession as Critical Vendors Pursuant to 11 U.S.C. § 105(a); and (II) Authorizing, But Not Directing, Payment to Critical Vendors |

- The Stapleton Group (collectively, the "Critical Vendors").

3. PDI Ground Support Systems Inc., the Debtor's proposed debtor-in-possession lender, will approve up to $150,000.00 of the funds for the Critical Vendors.

4. The Debtor is authorized, but not required, to pay the Critical Vendors.

5. If a party accepts payment under this Order and does not continue supplying goods or services to the Debtor in accordance with trade terms at least as favorable to the Debtor as the pre-petition terms, then (a) any payment on account of a pre-petition claim received by such party shall be deemed, in the Debtor's sole discretion, an improper post-petition transfer and recoverable by the Debtor in cash upon written request by the Debtor; (b) upon recovery by the Debtor, any prepetition claim of such party shall be reinstated as if the payment had not been made; and (c) if there exists an outstanding post-petition balance due from the Debtor to such party, the Debtor may elect to recharacterize and apply any payment made pursuant to the relief requested by this Motion to such outstanding post-petition balance and such supplier or vendor will be required to immediately repay the Debtor such paid amounts that exceed the post-petition obligations then outstanding without the right of any setoffs, claims, provisions for payment of claims, or otherwise.

6. Nothing herein shall impair or prejudice the rights of the U.S. Trustee and the statutory committee appointed in these chapter 11 cases, which are expressly reserved, to object to any payment made pursuant to this Order to an insider (as such term is defined in section 101(31) of the Bankruptcy Code), or an affiliate of an insider to the Debtors. To the extent the Debtors intend to make a payment to an insider or an affiliate of an insider of the Debtors, the Debtors

(Page 4)

| | |
|---|---|
| Debtor: | Colinear Machine & Design Holdings LLC |
| Case Numbers: | 25-10813 (VFP) |
| Caption of Order: | Order (I) Authorizing Certain Vendors of Colinear Machine & Design Holdings LLC, Chapter 11 Debtor and Debtor-in-Possession as Critical Vendors Pursuant to 11 U.S.C. § 105(a); and (II) Authorizing, But Not Directing, Payment to Critical Vendors |

shall, to the extent reasonably practicable, provide three (3) business days' advance notice to, and opportunity to object by, the U.S. Trustee and any statutory committee appointed in these chapter 11 cases; provided that if any party objects to the payment, the Debtors shall not make such payment without further order of the Court or voluntary withdrawal of the objection.

7. The Debtors shall maintain a matrix/schedule of amounts directly or indirectly paid, subject to the terms and conditions of this Order including the following information: (a) the names of the payee; (b) the amount of the payment; (c) the category or type of payment; and (d) the payment due. The Debtors shall provide a copy of such matrix/schedule to the U.S. Trustee, and any statutory committee appointed in these chapter 11 cases every thirty (30) days beginning upon entry of this Order.

8. Notwithstanding anything to the contrary in this Order, the Motion or its attachments, the priority status of a creditor's claim, including that of claims arising under § 503(b)(9) of the Bankruptcy Code, shall not be affected by whether such creditor executes a vendor agreement withe the Debtor, or provides services or goods to the Debtors under customary trade terms, or otherwise.

9. Nothing in this Order authorizes the Debtor to accelerate any payments not otherwise due.

10. The Debtor shall serve by regular mail a copy of this Order and the Motion on all parties required to receive such service pursuant to Local Rule 9013-5(f) within two (2) business days after entry of this Order.

(Page 5)

| | |
|---|---|
| Debtor: | Colinear Machine & Design Holdings LLC |
| Case Numbers: | 25-10813 (VFP) |
| Caption of Order: | Order (I) Authorizing Certain Vendors of Colinear Machine & Design Holdings LLC, Chapter 11 Debtor and Debtor-in-Possession as Critical Vendors Pursuant to 11 U.S.C. § 105(a); and (II) Authorizing, But Not Directing, Payment to Critical Vendors |

11. Any party may move for modification of this Order in accordance with Local Rule 9013-5(e).

12. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

13. This Order is effective immediately upon entry.

4905-0236-8279, v. 1