**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN THE MATTER OF: | Chapter 11 |
| Colinear Machine & Design Holdings LLC, | Case No.: 25-10813 (VFP) |
| Debtors | |

**STATEMENT THAT UNSECURED CREDITORS'
COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(   )   Debtors petition/schedules reflect less than three unsecured creditors (excluding insiders and governmental agencies).

(   )   No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

**( X )   Insufficient response to the United States Trustee communication/contact for service on the committee.**

(   )   No unsecured creditor interest

(   )   Non-operating debtor-in-possession - - No creditor interest.

(   )   Application to convert to Chapter 7 or to dismiss pending.

(   )   Converted or dismissed.

(   )   Other:

                                         ANDREW R. VARA
                                         UNITED STATES TRUSTEE
                                         REGIONS 3 & 9

                                       /s/    *Martha R. Hildebrandt*
                                             Martha R. Hildebrandt
                                             Assistant United States Trustee

                                             David Gerardi
                                             Trial Attorney

DATED: February 20, 2025